IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT 26 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By ____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR230-1 |
| | : | |
| ADRIANUS MARINUS VAN DER STAAK | : | |

The Grand Jury charges:

COUNT ONE

On or about November 5, 2024, in the County of Randolph, in the Middle District of North Carolina, ADRIANUS MARINUS VAN DER STAAK, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election; in violation of Title 18, United States Code, Section 1015(f).

COUNT TWO

On or about November 5, 2024, in the County of Randolph, in the Middle District of North Carolina, ADRIANUS MARINUS VAN DER STAAK, an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a

candidate for the office of President, Vice President, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

DATED: October 26, 2026

DAN BISHOP
United States Attorney

BY: MATTHEW H. ELLIS
First Assistant
United States Attorney

[redacted]

FOREPERSON